5S

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re:  STEPHEN R BILLY                                               Case No.:  10-33251

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark W. Swimelar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  12/27/2010.
2) The plan was confirmed on  06/02/2011.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  01/26/2012.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was converted on  09/09/2016.
6) Number of months from filing or conversion to last payment:  64.
7) Number of months case was pending:  69.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  29,110.95.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $44,570.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $44,570.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,550.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,653.46 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $7,203.46 |

Attorney fees paid and disclosed by debtor:     $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACB AMERICAN | Unsecured | NA | NA | NA | .00 | .00 |
| ALLIANCE ONE REC MGMT SEP | Unsecured | NA | NA | NA | .00 | .00 |
| ALLIANCE ONE RECEIVABLES MANAGE | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | 2,351.05 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Secured | 9,628.87 | 552.28 | 552.28 | 552.28 | .00 |
| CAPITAL MANAGEMENT SERVICES LP | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 1,347.00 | 1,407.83 | 1,407.83 | 134.54 | .00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | NA | 684.19 | 684.19 | 65.38 | .00 |
| CHASE BANK USA NA | Secured | 1,802.52 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | Secured | 95,975.18 | 73,230.65 | 28,618.75 | 28,618.75 | .00 |
| CITY OF CLEARWATER | Unsecured | 50.00 | NA | NA | .00 | .00 |
| CREDIT ONE LLC | Unsecured | 2,017.00 | 2,224.60 | 2,224.60 | 212.59 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re: STEPHEN R BILLY                                      Case No.: 10-33251

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITOR INTERCHANGE | Unsecured | NA | NA | NA | .00 | .00 |
| CREDITORS FINANCIAL GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| CROUSE HOSPITAL | Unsecured | 948.81 | NA | NA | .00 | .00 |
| CROUSE PROFESSIONAL SERVICES | Unsecured | 113.00 | NA | NA | .00 | .00 |
| CROUSE RADIOLOGY | Unsecured | 35.00 | NA | NA | .00 | .00 |
| DEPARTMENT STORE NATIONAL BANK | Unsecured | NA | NA | NA | .00 | .00 |
| DEPARTMENT STORES NAT'L BANK/MA( | Unsecured | 829.34 | 829.34 | 829.34 | 79.26 | .00 |
| EMERGENCY PHYS SVCS NY PC | Unsecured | 509.00 | NA | NA | .00 | .00 |
| ENCORE RECEIVABLE MNGMT | Unsecured | NA | NA | NA | .00 | .00 |
| EZ PASS | Unsecured | 85.62 | NA | NA | .00 | .00 |
| FMA ALLIANCE LTD | Unsecured | NA | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | Unsecured | 673.66 | NA | NA | .00 | .00 |
| FORSTER & GARBUS ESQS | Unsecured | NA | NA | NA | .00 | .00 |
| FRANCISAN HEALTH SUPPORT SERVIC | Unsecured | 153.07 | NA | NA | .00 | .00 |
| GC SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BANK | Unsecured | 2,736.00 | 2,777.73 | 2,777.73 | 265.45 | .00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 1,968.52 | NA | NA | .00 | .00 |
| HRRG | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 2,920.00 | 4,335.36 | 3,345.21 | 3,345.21 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 990.15 | 990.15 | 94.62 | .00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 168.92 | 168.92 | 168.92 | 16.14 | .00 |
| JP MORGAN CHASE | Unsecured | 1,918.08 | NA | NA | .00 | .00 |
| KOPP COLLECTION AGENCY | Unsecured | NA | NA | NA | .00 | .00 |
| KOPP COLLECTION AGENCY | Unsecured | NA | NA | NA | .00 | .00 |
| MACYS | Unsecured | NA | NA | NA | .00 | .00 |
| MCM | Unsecured | NA | NA | NA | .00 | .00 |
| MERIT RECOVERY SYSTEMS | Unsecured | NA | 1,061.81 | 1,061.81 | 101.47 | .00 |
| MIDLAND FUNDING LLC | Secured | 1,727.08 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 2,059.72 | 1,983.57 | 1,983.57 | 189.56 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 15,685.59 | 16,867.00 | 16,867.00 | 1,611.89 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 1,984.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 1,009.00 | 1,242.45 | 1,242.45 | 118.73 | .00 |
| NAFS | Unsecured | NA | NA | NA | .00 | .00 |
| NCC | Unsecured | NA | NA | NA | .00 | .00 |
| NCO FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| NES | Unsecured | NA | NA | NA | .00 | .00 |
| NORTH MEDICAL PC | Unsecured | 60.00 | NA | NA | .00 | .00 |
| NORTHLAND GROUP INC | Unsecured | NA | NA | NA | .00 | .00 |
| NYS TAX COMMISSIONER | Priority | 1,784.00 | 2,495.76 | 1,897.13 | 1,897.13 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re: STEPHEN R BILLY                                                                    Case No.: 10-33251

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NYS TAX COMMISSIONER | Unsecured | NA | 598.63 | 598.63 | 57.21 | .00 |
| OSI COLLECTION SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| RPM LLC | Unsecured | NA | NA | NA | .00 | .00 |
| SAMS CLUB | Unsecured | 2,736.00 | NA | NA | .00 | .00 |
| SEARS PREMIER CARD | Unsecured | 1,727.08 | NA | NA | .00 | .00 |
| SHARINN & LIPSHIE PC | Unsecured | NA | NA | NA | .00 | .00 |
| SOLOMON & SOLOMON PC | Unsecured | NA | NA | NA | .00 | .00 |
| SRA ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| ST JOSEPHS HOSPITAL HEALTH CTR | Unsecured | 833.30 | NA | NA | .00 | .00 |
| TIME WARNER CABLE | Unsecured | 155.00 | 66.28 | 66.28 | 6.33 | .00 |
| UNIVERSAL FIDELITY | Unsecured | NA | NA | NA | .00 | .00 |
| VILLAGE OF FAYETTEVILLE | Unsecured | 619.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 29,171.03 | 29,171.03 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 29,171.03 | 29,171.03 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 5,242.34 | 5,242.34 | .00 |
| **TOTAL PRIORITY:** | 5,242.34 | 5,242.34 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 30,902.50 | 2,953.17 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $7,203.46 | |
| Disbursements to Creditors: | $37,366.54 | |
| **TOTAL DISBURSEMENTS:** | | $44,570.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 09/13/2016                                           By: /s/Mark W. Swimelar
                                                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.